E-FILED
Wednesday, 04 April, 2018 03:11:42 PM
Clerk, U.S. District Court, ILCD

FILED

APR 0 4 2018

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 18-CR-200_14 |
| | ) | |
| MICHAEL HARI, JOE MORRIS, | ) | Title 18, United States Code, |
| MICHAEL McWHORTER, and | ) | Sections 922(o) and 924(a)(2). |
| ELLIS "EJ" MACK, | ) | |
| | ) | |
| Defendants. | ) | |

## INDICTMENT

### COUNT 1
**(Unlawful Possession of a Machinegun)**

**THE GRAND JURY CHARGES:**

In or around October of 2017, up to and including February 27, 2018, in Ford

County, in the Central District of Illinois, and elsewhere,

**MICHAEL HARI, JOE MORRIS,
MICHAEL McWHORTER, and ELLIS "EJ" MACK,**

defendants herein, knowingly possessed a machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

A TRUE BILL.

s/Foreperson

FOREPERSON

s/Gregory Harris

JOHN E. CHILDRESS
United States Attorney

ELM