IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>    Plaintiff,                )<br>                              )<br>vs.                           )<br>                              )<br>MICHAEL HARI,                 )<br>                              )<br>    Defendant.                ) | Case No. 18-CR-20014 |

**EMERGENCY MOTION TO STOP TRANSPORTATION OF
THE DEFENDANT TO THE DISTRICT OF MINNESOTA**

NOW COMES the Defendant, MICHAEL HARI, by and through his attorneys, and for his Emergency Motion to Stop Transportation of the Defendant to the District of Minnesota states as follows:

1. Defendant Michael Hari is charged in this district with one count of unlawfully possessing a machine gun in violation of 18 U.S.C. § 922(o), one count of conspiracy to interfere with commerce by threats and violence in violation of 18 U.S.C. § 1951, one count of attempted arson in violation of 18 U.S.C. § 844(i), and one count of possession of firearm by a felon in violation of 18 U.S.C. § 922(g). (R. 39) Mr. Hari is also charged with offenses in the District of Minnesota.

2. On January 9, 2019, the parties appeared before this Court for a Status Conference. At that hearing, there was a discussion of which district court would proceed first in the trial of Mr. Hari. Defense counsel represented that

1

there would be further discussion, and this Court scheduled a Pretrial Conference on March 1, 2019, at 9:45 a.m. to keep abreast of the matter. A firm trial date was set for July 15, 2019. (D/E 01/09/2019)

3. This morning, defense counsel received a telephone call from Mr. Hari indicating that he was told he would be transferring to a different facility. Upon further inquiry with the United States Marshals, counsel was informed that the United States Attorney's Office for the District of Minnesota had issued paperwork to transfer Mr. Hari to Minnesota, but that the transport had been canceled due to bad weather. Defense counsel was not provided notice of this, and would not have found out about it until after the transfer was complete had it not been for the interference of inclement weather.

4. At this time, Mr. Hari does not wish to leave the Central District of Illinois. He desires to stand trial here, as scheduled, in July of 2019. If he is moved to Minnesota, which is apparently in process for the immediate future, he will be unavailable to prepare for trial with his attorneys.

5. Mr. Hari requests emergency relief in the form of this Court issuing an Order barring his transport from the Central District of Illinois until such time as the issue can be fully briefed and additional correspondence can be facilitated with the parties in the District of Minnesota.

Respectfully submitted,

| /s/Elisabeth R. Pollock | /s/ Thomas W. Patton |
|---|---|
| Assistant Federal Defender | Chief Federal Defender |
| 300 West Main Street | 401 Main Street, Suite 1500 |
| Urbana, IL 61801 | Peoria, IL 61602 |
| Phone: 217-373-0666 | Phone: 309-671-7891 |
| FAX:   217-373-0667 | Fax:    309-671-7898 |
| Email: Elisabeth_Pollock@fd.org | Email: Thomas_Patton@fd.org |

CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Eugene L. Miller. A copy was also mailed to the defendant.

/s/Elisabeth R. Pollock
Assistant Federal Public Defender
300 West Main Street
Urbana, IL 61801
Phone: 217-373-0666
FAX:   217-373-0667
Email: Elisabeth_Pollock@fd.org