E-FILED
Tuesday, 26 February, 2019  11:46:14 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | Case No. | 18-CR-20014 |
| | ) | | |
| ELLIS "EJ" MACK, | ) | | |
| Defendant. | ) | | |

## SECOND MOTION TO CONTINUE

NOW COMES the Defendant, ELLIS "EJ" MACK, by and through his attorney,

LAWRENCE T. SOLAVA, of  BECKETT LAW OFFICE, P.C., and in support of his Motion to

Continue states as follows:

1.  This matter is set for sentencing hearing on April 9, 2019, at 10:00 a.m.

2.  That good cause exists to delay the sentencing hearing in that matters outside the

    record in this case involve the presentation of evidence and arguments regarding

    unrelated cases.  Under the plea agreement, the U.S. Attorney and Defense

    counsel must have this information to make sentencing recommendations and

    arguments for the appropriate disposition of this case

3.  Defense counsel has consulted with the U. S. Attorney and they do not oppose the

    requested continuance.

4.  That a continuance of approximately 90 days may place the parties in a position

    to conclude the case.

5        That this continuance is sought in the interest of justice and not for purposes of

delay.  The Defendant is fully aware of this request and agrees with defense

counsel's advice regarding this request for a continuance.

WHEREFORE the Defendant, ELLIS "EJ" MACK, prays that the current sentencing

hearing be vacated and the matter be set for new dates in July, 2019, consistent with the Court's

schedule, and for such other relief deemed just and appropriate.


Respectfully submitted,
ELLIS "EJ" MACK, Defendant


By:      */s/ Lawrence T. Solava*
         LAWRENCE T. SOLAVA
         Attorney for the Defendant, ELLIS "EJ" MACK


**LAWRENCE T. SOLAVA**
**BECKETT LAW OFFICE, P.C.**
**508 South Broadway Avenue**
**Urbana IL  61801**
**(217) 328-0263 [Voice]**
**(217) 328-0290 [Facsimile]**
lawrence@beckettlawpc.com
A.R.D.C. # 6243927

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2019, I electronically filed the above **Second Motion to Continue** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Eugene Miller, Assistant U.S. Attorney - 201 South Vine Street, Urbana, IL**

and I hereby certify that on February 26, 2019, I mailed by United States Postal Service, first class postage prepaid and legibly addressed, the document(s) to the following non-registered participants:

**N/A**

Respectfully submitted,

By:     */s/ Lawrence T. Solava*
        LAWRENCE T. SOLAVA
        Attorney for the Defendant, ELLIS "EJ" MACK

**LAWRENCE T. SOLAVA**
**BECKETT LAW OFFICE, P.C.**
**508 South Broadway Avenue**
**Urbana IL  61801**
**(217) 328-0263 [Voice]**
**(217) 328-0290 [Facsimile]**
lawrence@beckettlawpc.com
A.R.D.C. # 6243927