IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL HARI, )<br>)<br>Defendant. ) | Case No. 18-CR-20014 |

## DEFENDANT'S MOTION TO ALLOW DEFENDANT
## TO APPEAR VIA VIDEO CONFERENCING

Defendant, Michael Hari, by and through his attorney, ELISABETH R. POLLOCK of the Federal Defender's Office for the Central District of Illinois, requests that the Court allow Defendant Michael Hari to appear via videoconference at the pretrial set for Friday, March 1, 2019, at 9:45 am CST, and in support thereof states as follows:

1. On May 2, 2018, a Superseding Indictment was filed against Michael Hari. (R. 39) in the Central District of Illinois.

2. On June 20, 2018, an Indictment was filed against Michael Hari (R. 14) in the District Court of Minnesota, case number 18-cr-00150.

3. On January 9, 2019, this Court set a pretrial conference on March 1, 2019, at 9:45 am.

4. On February 8, 2019, the District Court of Minnesota denied Hari's motion to quash or stay writ of habeas corpus that would allow him to stay in Illinois to await charges in this district.

5. On or around February 10, 2019, Defendant Michael Hari was transported by the U.S. Marshal Service to Minnesota to be arraigned on those charges.

6. Defendant Michael Hari is still in Minnesota and has not been transported back to Illinois for the pretrial conference.

7. Defendant Michael Hari has a status hearing in Minnesota on March 8, 2019.

WHEREFORE, Defendant Michael Hari respectfully requests that this Court grant the Motion to allow Defendant to appear via videoconference on Friday, March 1, 2019.

Respectfully submitted,

MICHAEL HARI, Defendant

By:  /s/ Elisabeth R. Pollock
ELISABETH R. POLLOCK
Assistant Federal Defender
300 W. Main Street
Urbana, IL 61801
(217) 373-0666
Elisabeth_Pollock@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Elisabeth R. Pollock
Assistant Federal Defender
300 West Main Street
Urbana, IL 61801
(217) 373-0666
(217 373-0666 FAX
Elisabeth_Pollock@fd.org