**U.S. Department of Justice**
United States Attorney
District of Minnesota

Request of United States Attorney for Production of
Federal Prisoner In The Custody of The United States
Pursuant to Title 18, United States Code, Section 3621(d)

---

The United States Attorney for the District of Minnesota, pursuant to 18 U.S.C. § 3621(d), does hereby request the United States Marshal for the District of Minnesota, or any other authorized officer, to produce one **MICHAEL HARI (PRISONER ID #45485 )** now confined at the Livingston County jail, Pontiac, Illinois, in the custody of the warden or the person there in charge, before the

| [X] United States District Court | [X] For Prosecution |
| [ ] United States Grand Jury | [ ] For Testimony |

at   St. Paul,   Minnesota
       (city)              (state)

[X] forthwith

[ ] At/or at any time thereafter as the

United States Attorney or a federal Judge or Magistrate may direct, so that said person may appear in accordance with law in the case styled

[X] <u>United States of America v. Michael Hari et. al</u>, Criminal No. <u>18-CR-150 (DWF/TNL)</u>

[ ] In Re Grand Jury Proceedings No.

and after said person shall have appeared, to return said person to the aforementioned custody as may be directed by the United States Attorney or federal Judge or Magistrate.

SEAL OF
UNITED STATES
ATTORNEY [1/]

Dated this 22nd day of January, 2019.

JULIE E. ALLYN
Assistant United States Attorney Requesting The Production of Prisoner In Custody
Telephone Nos. (FTS): _____
(Commercial): ███████

_____
ERICA H. MacDONALD, United States Attorney [2/]

---

[1/] This request is invalid without the raised seal of the United States Attorney.
[2/] The signature of the United States Attorney approving the request is required. A Supervisory Assistant United States Attorney delegated authority by the United States Attorney may sign for the United States Attorney provided a letter of authorization is on file with the United States Marshal of the same district as the United States Attorney.

**Previous Editions Obsolete**

Exhibit A

FORM USA-475
Nov. 12