IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 18-CR-20014 |
| | ) | |
| MICHAEL HARI, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO CONTINUE
STATUS CONFERENCE**

NOW COMES the Defendant, MICHAEL HARI, by and through his attorneys, and files his Motion to Continue Status Conference.

1. Mr. Hari is charged in this district with one count of unlawfully possessing a machine gun in violation of 18 U.S.C. § 922(o), one count of conspiracy to interfere with commerce by threats and violence in violation of 18 U.S.C. § 1951, one count of attempted arson in violation of 18 U.S.C. § 844(i), and one count of possession of firearm by a felon in violation of 18 U.S.C. § 922(g). (R. 39) Mr. Hari is also charged with offenses in the District of Minnesota.

2. At a pretrial conference on January 9, 2019, the Court set the trial in this case for Monday, July 15, 2019.

3. The government filed a motion to continue the trial date until after Mr. Hari's trial in the District of Minnesota concludes. R. 67. Mr. Hari objected, R.68, and the

government subsequently modified its continuance request by requesting a continuance to September 17, 2019. R. 72.

4. On Friday, July 12, 2019, the Court granted the government's motion to continue and set a status conference for Tuesday, July 23, 2019, at 11:00 a.m. in Urbana. Text Order dated 07/12/2019.

5. Undersigned counsel will be out of the district the week of July 22, 2019, at a family reunion which has been scheduled for over a year.

6. AFPD Elisabeth Pollock may still be in trial in *United States v. Christensen*, Case No. 17-20037, on July 23, 2019. If the *Christensen* has concluded, Ms. Pollock is also scheduled to be out of the office during the week of July 22, 2019.

7. Based on the foregoing, Mr. Hari respectfully requests a short continuance of the status conference set for Tuesday, July 23, 2019.

Respectfully submitted,

/s/ Elisabeth R. Pollock  
Assistant Federal Defender  
300 West Main Street  
Urbana, IL 61801  
Phone: 217-373-0666  
FAX:   217-373-0667  
Email: Elisabeth_Pollock@fd.org

/s/ Thomas W. Patton  
Federal Public Defender  
401 Main Street, Suite 1500  
Peoria, IL 61602  
Phone: 309-671-7891  
Fax:    309-671-7898  
Email: Thomas_Patton@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorneys Eugene L. Miller and Timothy A. Bass. A copy was also mailed to the defendant.

/s/Thomas W. Patton
Federal Public Defender
401 Main Street, Suite 1500
Peoria, IL 61602
Phone: 309-671-7891
Fax:    309-671-7898
Email: Thomas_Patton@fd.org