IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 18-CR-20014 |
| | ) | |
| MICHAEL HARI, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO CONTINUE TRIAL DATE**

NOW COMES the Defendant, MICHAEL HARI, by and through his attorneys, and files this Motion to Continue Trial Date.

1. Mr. Hari is charged in this district with one count of unlawfully possessing a machine gun in violation of 18 U.S.C. § 922(o), one count of conspiracy to interfere with commerce by threats and violence in violation of 18 U.S.C. § 1951, one count of attempted arson in violation of 18 U.S.C. § 844(i), and one count of possession of a firearm by a felon in violation of 18 U.S.C. § 922(g). (R. 39) Mr. Hari is also charged with offenses in the District of Minnesota. *United States v. Hari*, Case No. 18-150.

2. Mr. Hari has previously requested the Court continue his Illinois trial until after the completion of his case in Minnesota. Minute Entry 08/01/2019.

3. The trial in this case has since been continued to allow the Minnesota case to proceed. Minute Entry 09/10/2019; Minute Entry 12/02/2019. The current trial date is

March 30, 2020, with a pretrial conference sent for March 9, 2020. These dates were set based on a trial date in Minnesota of February 20, 2020.

4. On February 7, 2020, the Minnesota trial date was continued to April 27, 2020.

5. Based on Mr. Hari's prior requests to continue the Illinois trial until after the conclusion of the Minnesota trial, Mr. Hari requests the current March 30, 2020 trial date be continued.

Respectfully submitted,

| /s/Elisabeth R. Pollock | /s/ Thomas W. Patton |
|---|---|
| Assistant Federal Defender | Federal Public Defender |
| 300 West Main Street | 401 Main Street, Suite 1500 |
| Urbana, IL 61801 | Peoria, IL 61602 |
| Phone: 217-373-0666 | Phone: 309-671-7891 |
| FAX:   217-373-0667 | Fax:    309-671-7898 |
| Email: Elisabeth_Pollock@fd.org | Email: Thomas_Patton@fd.org |

CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorneys Eugene L. Miller and Timothy A. Bass. A copy was also mailed to the defendant.

/s/Thomas W. Patton
Federal Public Defender
401 Main Street, Suite 1500
Peoria, IL 61602
Phone: 309-671-7891
Fax:    309-671-7898
Email: Thomas_Patton@fd.org