UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 18-cr-20014 |
| **MICHAEL HARI, JOE MORRIS** | ) |
| **MICHAEL McWHORTER, and** | ) |
| **ELLIS "EJ" MACK,** | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS COUNSEL FOR GOVERNMENT

NOW COMES the United States of America, by John C. Milhiser, United States Attorney for the Central District of Illinois, and Assistant United States Attorney Gregory M. Gilmore, and respectfully moves to withdraw as counsel for the government in the above cause. Assistant United States Attorney Eugene Miller and Timothy Bass have both entered their appearances on behalf of the government in the above cause.

WHEREFORE, the undersigned respectfully requests leave of the Court to withdraw as counsel for the government in the case.

Respectfully Submitted,

JOHN C. MILHISER
UNITED STATES ATTORNEY

By: */s/ Gregory M. Gilmore*
Gregory M. Gilmore
Assistant United States Attorney
United States Attorney's Office

318 South 6th Street
Springfield, IL 62701
Telephone: (217) 492-4450
Email: Gregory.Gilmore@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record.

>*/s/ Gregory M. Gilmore*
>Gregory M. Gilmore
>Assistant United States Attorney
>United States Attorney's Office