E-FILED
Wednesday, 05 August, 2020 12:50:45 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED
AUG − 4 2020
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 18-CR-20014 |
| ) | |
| MICHAEL HARI, JOE MORRIS, ) | Title 18, United States Code, |
| MICHAEL McWHORTER, and ) | Sections 2, 844(i), 922(g), |
| ELLIS "EJ" MACK, ) | 922(o), and 1951. |
| ) | |
| Defendants. ) | |

### SECOND SUPERSEDING INDICTMENT

Count One of the Superseding Indictment charging the defendants with the unlawful possession of a machine gun in or around October of 2017, up to and including February 27, 2018; Count Two of the Superseding Indictment charging the defendants with conspiracy to interfere with commerce by threats and violence from on or about August of 2017 and continuing through at least March 10, 2018; and Count Three of the Superseding Indictment charging the defendants with attempted arson on or about November 7, 2017; and the Forfeiture Allegations of the Superseding Indictment in or around October of 2017, up to and including February 27, 2018;, all occurring in Ford County, in the Central District of Illinois, and elsewhere, are not hereby superseded.

## COUNT 4
### (Possession of a Firearm by a Felon)

**THE GRAND JURY CHARGES:**

In or around October of 2017, up to and including February 27, 2018, in Ford County, in the Central District of Illinois, and elsewhere,

**MICHAEL HARI,**

defendant herein, knowing he had been previously convicted in a court in the State of Illinois of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, that is, (1) a .223/5.56 caliber AR-style platform rifle with no serial number; (2) a .223 caliber AR-style platform rifle with a short-barrel and no serial number; (3) a .223/5.56 AR-style platform rifle with a mini-barrel and no serial number; (4) an M16 AR-style platform rifle with no serial number; (5) a Remington 11-87 Super Mag, camouflage, 12 gauge shotgun, serial number SM039535; (6) an Ithaga Gun Company, Deerslayer 12 gauge shotgun, Model 37 Feather Lite, serial number 862123; (7) a Stoeger P3000 12 gauge shotgun, serial number 1640756; and (8) a Mossberg 12 gauge shotgun, Model 88 Maverick, serial number MV73194X.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

s/ Foreperson
FOREPERSON

s/ John C. Milhiser
JOHN C. MILHISER
United States Attorney

ELM