**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 18-20014-01 |
| ) | |
| **EMILY CLAIRE HARI** ) | |
| **fka Michael Hari,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

On February 9, 2022, Magistrate Judge Eric I. Long filed a Report and Recommendation Concerning Plea of Guilty. (ECF No. 126). No written objections were filed. Therefore, this Court adopts the Report and Recommendation. The plea of guilty of the Defendant to Counts 1s, 2s, and 3s of the Superseding Indictment and Count 4ss of the Second Superseding Indictment is accepted. The Defendant is adjudged guilty of the offense.

The Sentencing Hearing remains set for June 13, 2022, at 1:00 PM in Urbana before Judge Michael M. Mihm.

ENTERED this 24th day of February, 2022.

s/ Michael M. Mihm
Michael M. Mihm
United States District Judge
